# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Affiliated Health Care Associates, P.C. *etc.*, | **Case No. 13 C 5782** |
| Plaintiff, | Hon. Manish S. Shah |
| v. | |
| Handit2 Network, LLC, *et al.*, | |
| Defendants. | |

**Objections to Proposed Order Finally Approving Settlement**

Class Member and Objector Edward Simon ("Simon") hereby objects to the "Order Finally Approving Settlement" proposed by plaintiff Affiliated Health Care Associates, P.C. (1) on the grounds stated in Simon's Objections filed as Dkt. 89 and 106 and on the grounds stated by Simon's counsel on the record during the course of the January 26, 2015, hearing; and (2) on the grounds that the proposed "Order Finally Approving Settlement" contains findings and/or statements attributed to the Court different from or in addition to those stated by the Court on the record during the course of the January 26, 2015, hearing.

Dated: February 2, 2015   By: /s/ Scott Z. Zimmermann
                          Scott Z. Zimmermann
                          szimm@zkcf.com
                          601 Figueroa St., Suite 26120
                          Los Angeles, CA 90017
                          (213) 452-6509

                          One of the Attorneys for Class
                          Member/Objector Edward Simon, DC

                          Local Counsel:

                          Charles R. Watkins
                          Email: charlesw@gseattorneys.com
                          Guin, Stokes & Evans, LLC
                          321 South Plymouth Court, Suite 1250
                          Chicago, IL 60604
                          Telephone: (312) 878-8391