## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Affiliated Health Care Associates, PC

                Plaintiff,

v.                                        Case No.: 1:13−cv−05782
                                        Honorable Manish S. Shah

Handit2 Network, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2015:

        MINUTE entry before the Honorable Manish S. Shah: Enter Final Approval Order. Objector Edward Simon's objections [108] are overruled. The court reviewed the proposed final approval order and revised it. The Final Approval Order as entered by the court states its findings and conclusions, in addition to those made at the final approval hearing. Settlement Class Counsel shall submit a report on the final accounting of the Class Action Settlement by September 28, 2015. A hearing on the final accounting of the Class Action Settlement is set for October 7, 2015 at 10:00 a.m. This case is terminated for administrative purposes only. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.