UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AFFILIATED HEALTH CARE ASSOCIATES, P.C., on behalf of himself and a class,<br><br>Plaintiff,<br><br>v.<br><br>HANDIT2 NETWORK, LLC, HYLAND'S, INC., and STANDARD HOMEOPATHIC CO,<br><br>Defendants. | 13 C 5782 |

### AFFIDAVIT OF ANDREW BARNETT

I, Andrew Barnett, declare under penalty of perjury, that the following statements are true:

1. I am over twenty-one years of age and am employed at CyberData, Inc. ("CyberData").

2. CyberData provides claims administration services, including class notification, claims processing and distribution services. CyberData does business as Class-Settlement.com.

3. Class-Settlement.com was retained as the Class Administrator by the parties to give notice by fax and mail, create the claims website, provide claims administration services, and administer the Settlement Fund. I coordinated the fax broadcast and supplemental mailing of the Class Notices, the creation of the claims website, the mailing and collection of W-9 forms and the distribution of settlement checks through Class-Settlement.com and have knowledge of what work was performed.

1

4. This declaration is submitted in support of Plaintiff's Memorandum in Support of Final Accounting.

5. On or about August 18, 2014, Class-Settlement.com established an account in the name of *Affiliated Health Care Settlement Fund* at Astoria Federal Savings Bank, located at 301 North Broadway, Jericho, New York 11753 (the "Escrow Account).

6. On August 26, 2014, Class-Settlement.com was notified of a deposit via wire transfer into the Escrow Account in the amount of $548,000.00 from defendants. On the same day, Class-Settlement.com received payment from defendants in the amount of $30,000.00 for costs of notice and administration services. The $30,000.00 was subsequently deposited into the Escrow Account and ultimately used to pay for the notice and administration expenses.

7. On February 12, 2015, Class-Settlement.com was notified of a deposit via wire transfer into the Escrow Account in the amount of $822,000.00 from defendants.

8. On June 19, 2015, Class-Settlement.com mailed letters to 366 Settlement Class Members requesting completion of an enclosed W-9 form by July 17, 2015.

9. On July 10, 2015, Class-Settlement.com sent out supplemental correspondence to the 94 Settlement Class Members who did not respond to the initial request for completion of the W-9 form, and again requested that they complete the enclosed W-9 form.

10. On July 20, 2015, Class-Settlement.com issued the following payments from the *Affiliated Health Care Settlement Fund* account as per the instructions in the Settlement Agreements and the Court's orders:

    a. Payment in the amount of $400,100.00 issued to Edelman, Combs, Latturner & Goodwin, LLC Client Trust Account;

    b. Payment in the amount of $10,000.00 issued to Edward Simon; and

    c.    Payment in the amount of $52,000.00 issued to Scott Z. Zimmermann.

11. A total of 294 of the 366 Settlement Class Members ultimately returned completed W-9 forms. There were 72 Settlement Class Members who did not timely return a complete W-9 form.

12. On August 17, 2015, Class-Settlement.com mailed settlement checks to each of the 2,469 Settlement Class Members representing 5,672 fax transmissions. Settlement Class Members were mailed checks in accordance with the number of fax transmissions that each member received from the defendants. Each fax transmission received by a Settlement Class Member is equivalent to one settlement share and a Settlement Class Member may have one or multiple settlement shares. Settlement Class Members who submitted claims with fax numbers with California area codes (402 Settlement Class Members) were paid $225.95 per fax transmission (representing 710 transmissions); all other Settlement Class Members (2,067 Settlement Class Members) were paid $150.63 per transmission (representing a total of 4,962 transmissions). The payment to those members who failed to return a W-9 following two requests (72 Settlement Class Members) was limited to $599.99.

13. Each settlement check contained a void date of November 16, 2015 and return address of Class-Settlement.com, P.O. Box 9009, Hicksville, NY 11801-9009.

14. A total of 53 settlement checks were returned by the U.S. Postal Service as undeliverable. Of the 53 returned settlement checks, 50 settlement checks were returned with forwarding address information provided by the U.S. Postal Service and the settlement checks were re-mailed to the forwarding addresses. Two of the 50 settlement checks were subsequently returned a second time with new forwarding information provided by the U.S. Postal Service and were successfully re-sent to the new forwarding addresses.

15. Of the 53 returned settlement checks, 3 settlement checks were returned as undeliverable without forwarding information provided by the U.S. Postal Service. Attempts were made to contact the Settlement Class Members to whom the 3 settlement checks were addressed for corrected or updated address information. Corrected or updated addresses were confirmed for 2 checks, which were successfully re-sent. Forwarding addresses were not ascertained for 1 Settlement Class Member and efforts to contact them by fax or telephone were unsuccessful or received no response.

16. As of December 22, 2015, 2,313 Settlement Class Members had cashed their settlement checks. The remaining 156 Settlement Class Members had not cashed their settlement checks. In sum, there was a total distribution to the Settlement Class of $814,252.15.

17. As of December 22, 2015, $93,647.85 remained in the *Affiliated Health Care Settlement Fund* account, composed of $66,152.07 from uncashed settlement checks by Settlement Class Members who either returned a W-9 or were not requested to do so, $27,446.34 in unclaimed funds from checks limited to $599.99 (Settlement Class Members who failed to return a W-9), and $49.44 in undistributed funds due to rounding.

18. On December 15, 2015, Class-Settlement.com reported to Class Counsel that the remaining balance in the *Affiliated Health Care Settlement Fund* account exceeded $10,000.00. Class-Settlement was subsequently directed by Class Counsel to distribute all uncashed, unclaimed, or undistributed settlement funds in equal shares to Electronic Privacy Information Center and the Family Defense Center as *cy pres* recipients pursuant to paragraph 10 of the Settlement Agreement.

19. On December 22, 2015, Class-Settlement.com issued a check in the amount of $46,823.60 payable to the Family Defense Center, as a *cy pres* distribution, and sent it to

plaintiff's counsel. Due to a scrivener's error in the check request form, Class-Settlement.com issued a second check in the amount of $0.33 to the Family Defense Center on December 29, 2015 as a cy pres distribution. (Exhibit A) On December 28, 2015, Class-Settlement.com issued a second *cy pres* check in the amount of $46,823.92 payable to Electronic Privacy Information Center, and sent it to plaintiff's counsel.

20. As of January 8, 2016, there are no funds remaining in the Escrow Account, *Affiliated Health Care Settlement Fund*.

Executed this 15th day of January, 2016, at Bay Shore, NY.

_____
Andrew Barnett

Subscribed and sworn before me

this 15 day of January, 2016

_____
Notary Public

Executed on January 15, 2016

Cassandra A. Wadlo
Notary Public, State of New York
No. 01WA6320103
Qualified in Suffolk County
Commission Expires March 02, 2019

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on January 15, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

Mitchell S. Chaban (mchaban@lgattorneys.com)
Dean J. Tatooles (dtatooles@lgattorneys.com)
LEVIN GINSBURG
180 N. LaSalle Street, Suite 3200
Chicago, IL 60601-2800

Tami Smason (tsmason@foley.com)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 2500
Los Angeles, CA 90071

Gordon Davenport III (gdavenport@foley.com)
FOLEY & LARDNER LLP
150 E. Gilman Street
Madison, WI 53703

Jena L. Levin (jlevin@foley.com)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654

Charles R. Watkins (charlesw@gseattorneys.com)
GUIN STOKES & EVANS LLC
321 South Plymouth Court, Suite 1250
Chicago, IL 60604

Scott Z. Zimmermann (szimm@zkcf.com)
LAW OFFICES OF SCOTT Z. ZIMMERMAN
601 S. Figueroa Street, Suite 2610
Los Angeles, CA 90017

I, Heather Kolbus, further certify that on January 15, 2016, I caused a true and accurate copy of the foregoing document to be served via U.S. Mail and email upon the following:

Darryl Cordero (cdc@paynefears.com)
PAYNE & FEARS, LLP
801 S. Figueroa St., Suite 1150
Los Angeles, CA 90017

                                                        <u>s/ Heather Kolbus</u>
                                                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)