**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AFFILIATED HEALTH CARE ASSOCIATES, P.C., on behalf of plaintiff and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 5782 |
| v. | ) ) ) | Judge Shah Magistrate Judge Finnegan |
| HANDIT2 NETWORK, LLC, HYLAND'S, INC., and STANDARD HOMEOPATHIC CO., | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FINAL ACCOUNTING**

Plaintiff Affiliated Health Care Associates, P.C. respectfully submits this memorandum in support of final accounting of the class action settlement with defendants Handit2 Network, LLC ("Handit2"), Hyland's, Inc. ("Hyland's"), and Standard Homeopathic Co. ("SHC") (collectively, "Defendants").

On January 26, 2015 and February 3, 2015, this Court entered an order of final approval of the parties' class action settlement. (*Dkt. Nos. 107, 109, 110*) Following resolution of the appeal, a Modification Order was entered on June 12, 2015. (*Dkt. No. 130*)

Andrew Barnett of Class-Settlement.com attests that Class-Settlement.com established an Escrow Account in the name of *Affiliated Health Care Settlement Fund*. (*Dkt. No. 139*) Defendants paid $30,000.00 for costs of notice and administration within ten business days after entry of the Preliminary Approval Order. The $30,000.00 for notice and administration expenses was subsequently deposited into the Escrow Account. Defendants also paid into the Escrow

1

Account $548,000.00, representing forty percent of the Settlement Fund of $1,400,000.00, less notice and administrative expenses ($1,400,000.00- $30,000.00 = $1,370,000.00; $1,370,000.00 x 40% = $548,000.00) within ten business days after entry of the Preliminary Approval Order. Defendants paid $822,000.00 into the Escrow Account representing the remaining sixty percent of the Settlement Fund less notice and administration expenses, within ten business days after entry of the Final Approval Order. (*Dkt. No. 139*)

Class-Settlement.com mailed letters to 366 Settlement Class Members, whose settlement recovery would exceed $599.99, requesting completion of a W-9 form. Supplemental correspondence enclosing a W-9 form was sent to those Settlement Class Members who did not respond to the initial request for completion of a W-9 form. In sum, there were 72 Settlement Class Members who did not timely return a completed W-9 form. (*Dkt. No. 139*)

Each member of the Settlement Class who submitted a valid claim was paid for each for each fax transmission corresponding to the fax number on the Fax List. Settlement Class Members were paid various amounts based on the number of settlement shares or fax transmissions they received. Settlement checks were mailed to each of the 2,469 Settlement Class Members representing 5,672 fax transmissions. (*Dkt. No. 139*) There were 402 Settlement Class Members who submitted claims with fax numbers with California area codes that were paid $225.95 per fax transmission. The remaining 2,067 Settlement Class Members were paid $150.63 per fax transmission. Per the parties agreement and Court's orders, the 72 Settlement Class Members who did not timely return a completed W-9 form were issued settlement checks in the amount of $599.99. Each settlement check contained a void date of November 16, 2015 and a return address of Class-Settlement.com. (*Dkt. No. 139*)

There were 2,313 Settlement Class Members who cashed their settlement checks. Thus, the total distribution to the Class is $814,252.15. (*Dkt. No. 139*)

Class-Settlement.com issued payments from the Escrow Account in the following amounts: $400,100.00 was issued to Edelman, Combs, Latturner & Goodwin, LLC Client Trust Account; $10,000.00 was issued to Edward Simon, and $52,000.00 was issued to Scott Z. Zimmermann. (*Dkt. No. 139*) In addition, Class-Settlement.com was paid the costs of notice and administration in the amount of $30,000.00. (*Dkt. Nos. 96, 139*)

Catherine Latturner attests to the fact that plaintiff's counsel, Edelman, Combs, Latturner & Goodwin, LLC, received $400,100.00 from Class-Settlement.com. (*Dkt. No. 137*) Edelman, Combs, Latturner & Goodwin, LLC issued payments to plaintiff Affiliated Health Care Associates, P.C. in the amount of $10,000.00, representing its incentive award and $390,100.00 to plaintiff's counsel, Edelman, Combs, Latturner & Goodwin, LLC representing its attorney's fees. (*Dkt. Nos. 137-138*)

Following expiration of the void date on the settlement checks, Class-Settlement.com reported to plaintiff's counsel that the remaining balance in the *Affiliated Health Care Settlement Fund* account was $93,647.85. (*Dkt. No. 139*) The remaining balance was comprised of uncashed settlement checks by Settlement Class Members who submitted a W-9 form or were not requested to do so ($66,152.07), unclaimed funds where settlement checks were limited to $599.99 ($27,446.34), and undistributed funds due to rounding ($49.44). (*Dkt. No. 139*)

On December 17, 2015, this Court issued an order directing that the undistributed, uncashed, or unclaimed class settlement funds be distributed to Electronic Privacy Information Center and the Family Defense Center as *cy pres* award in equal shares. (*Dkt. No. 136*)

3

In the parties' subsequent agreement with Objector Edward Simon and his counsel, Edelman, Combs, Latturner & Goodwin, LLC was to receive $10,000.00 in attorney's fees from any remaining undistributed settlement funds. (*Dkt. Nos. 121-3, 127-1, 130*) Edelman, Combs, Latturner & Goodwin, LLC directed Class-Settlement.com to include the $10,000.00 in attorney's fees in the *cy pres* distribution.

Plaintiff's counsel directed Class-Settlement.com to distribute all uncashed, unclaimed or undistributed settlement funds. On December 29, 2015, a check in the amount of $46,823.92 was sent to Electronic Privacy Information Center. (*Dkt. Nos. 138-139*) On December 22 and 29, 2016 checks were issued to the Family Defense Center totaling $46,823.93. (*Dkt. No. 139*)

Plaintiff submits that to date the Settlement Fund has been fully distributed and no settlement funds remain in the Escrow Account or with plaintiff's counsel.

                                            Respectfully submitted,

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on January 15, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

      Mitchell S. Chaban (mchaban@lgattorneys.com)
      Dean J. Tatooles (dtatooles@lgattorneys.com)
      LEVIN GINSBURG
      180 N. LaSalle Street, Suite 3200
      Chicago, IL 60601-2800

      Tami Smason (tsmason@foley.com)
      FOLEY & LARDNER LLP
      555 South Flower Street, Suite 2500
      Los Angeles, CA 90071

      Gordon Davenport III (gdavenport@foley.com)
      FOLEY & LARDNER LLP
      150 E. Gilman Street
      Madison, WI 53703

      Jena L. Levin (jlevin@foley.com)
      FOLEY & LARDNER LLP
      321 N. Clark Street, Suite 2800
      Chicago, IL 60654

      Charles R. Watkins (charlesw@gseattorneys.com)
      GUIN STOKES & EVANS LLC
      321 South Plymouth Court, Suite 1250
      Chicago, IL 60604

      Scott Z. Zimmermann (szimm@zkcf.com)
      LAW OFFICES OF SCOTT Z. ZIMMERMAN
      601 S. Figueroa Street, Suite 2610
      Los Angeles, CA 90017

      I, Heather Kolbus, further certify that on January 15, 2016, I caused a true and accurate copy of the foregoing document to be served via U.S. Mail and email upon the following:

      Darryl Cordero (cdc@paynefears.com)
      PAYNE & FEARS, LLP
      801 S. Figueroa St., Suite 1150
      Los Angeles, CA 90017

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)